**Order entered October 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00758-CV

## IN THE INTEREST OF A.M. AND G.M., CHILDREN

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 84922**

## ORDER

Appellee Thomas Andrew Miller has filed a Suggestion of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court for the Northern District of Texas. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/ ERIN A. NOWELL
    JUSTICE